**Consumer Credit Counseling Service**
*A Member of the CredAbility™ Network*

**FILED / REC'D**
DEC 27 2005
8:00 A.M.
CLERK, U.S.
BANKRUPTCY COURT

Certificate Number: __B012354__

I CERTIFY that on 12-22-2005, JOEL C. WILSON received from Consumer Credit Counseling Service, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling, an individual briefing (including a briefing conducted by telephone or the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111. A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

By: KATHY COLCLASURE            Date: 12-22-2005

Title: Counselor

---

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

Consumer Credit Counseling Service of Greater Atlanta (CredAbility)
Phone: 866-672-2227
Email: info@cccsinc.org
Website: www.cccsbankruptcy.org
Tax ID: 58-0942924

1